F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2011

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01007-BNB
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

AARON J. DOUGLAS,

   Plaintiff,

v.

NO NAMED DEFENDANTS,

   Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has paid $250 and submitted a Letter complaining about police harassment and seeking damages. He has failed to pay the entire $350.00 filing fee. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or

|      |     | application |
|------|-----|-------------|
| (8)  | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (9)  | __  | other: _____ |

**Complaint or Petition:**
| (10) | xx  | is not submitted |
| (11) | __  | is not on proper form (must use the court's current form) |
| (12) | __  | is missing an original signature by the Plaintiff |
| (13) | __  | is incomplete |
| (14) | __  | uses et al. instead of listing all parties in caption |
| (15) | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __  | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __  | names in caption do not match names in text |
| (18) | xx  | other: <u>entire $350.00 filing fee has not been paid.</u> |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 20, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                        <u>s/ Boyd N. Boland</u>
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01007-BNB

Aaron J Douglas
3267 Gunnison Dr
Fort Collins, CO 80526

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on April 20, 2011.

                           GREGORY C. LANGHAM, CLERK

                     By: _____
                              Deputy Clerk