**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01007-BNB

AARON J. DOUGLAS,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Aaron J. Douglas, initiated this action by filing *pro se* a letter to the Court complaining about police harassment and seeking damages. Although the filing fee for this action is $350.00, Mr. Douglas also submitted a payment in the amount of $250.00. In an order filed on April 20, 2011, Magistrate Judge Boyd N. Boland directed Mr. Douglas to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Douglas to file a Complaint and to pay the rest of the $350.00 filing fee. Mr. Douglas was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Douglas has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's April 20 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Douglas failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __26th__ day of ____May____, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01007-BNB

Aaron J Douglas
3267 Gunnison Dr
Fort Collins, CO 80526

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 26, 2011.

                                          GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                        Deputy Clerk